UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH SCOTT WRIGHT, <br><br> Petitioner, <br><br> v. <br><br> PIERCE COUNTY JAIL, <br><br> Respondent. | Case No. 3:22-cv-5672-JCC-TLF <br><br> REPORT AND RECOMMENDATION <br><br> NOTED FOR FEBRUARY 10, 2023 |

Petitioner filed an application to proceed *in forma pauperis,* with respect to his habeas petition filed under 28 U.S.C. § 2254. Dkt. 1, 4. The Court ordered petitioner to show cause why the petition should not be dismissed. Dkt. 5. The order informed petitioner that the petition appeared subject to dismissal because the Court lacked jurisdiction over the petition, petitioner failed to exhaust all state court remedies and because the petition was barred by the doctrine set forth in *Younger v. Harris*. Dkt. 5.

Based on these identified deficiencies, the Court did not grant petitioner's IFP application. The Court gave petitioner until November 11, 2022, to show cause why the petition should not be dismissed or file an amended petition. Petitioner has not responded to the Court's order to show cause. Accordingly, the undersigned recommends the Court DENY petitioner's IFP application and dismiss this petition without prejudice for failure to prosecute. As petitioner has failed to prosecute this action, the Court also recommends that a certificate of appealability be denied.

REPORT AND RECOMMENDATION - 1

1  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), petitioner shall have
2 fourteen (14) days from service of this report to file written objections. *See also* Fed. R.
3 Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes
4 of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a
5 waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140,
6 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted).
7 Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to
8 set the matter for consideration on February 10, 2023 as noted in the caption.

Dated this 20th day of January, 2023.

*[signature]*
Theresa L. Fricke
United States Magistrate Judge