THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH SCOTT WRIGHT,<br><br>              Petitioner,<br><br>   v.<br><br>PIERCE COUNTY JAIL,<br><br>              Respondent. | CASE NO. C22-5672-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. No. 6). Having thoroughly considered the report and recommendation and the relevant record, the Court hereby ORDERS:

    (1) The report and recommendation (Dkt. No. 6) is APPROVED and ADOPTED;

    (2) Petitioner's application to proceed in forma pauperis (Dkt. No. 1) is DENIED;

    (3) Petitioner's petition for writ of habeas corpus (Dkt. No. 1-1) is DISMISSED without prejudice;

    (4) Certificate of Appealability is DENIED;

    (5) Petitioner shall not proceed *in forma pauperis* on appeal; and

    (6) The Clerk is directed to send copies of this Order to Petitioner, Respondent, and Judge Fricke.

//

1 | DATED this 10th day of February 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C22-5672-JCC
PAGE - 2